**MEMO ENDORSED**



**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2657
jzangril@law.nyc.gov

May 15, 2025

**By ECF**
Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re: Saunders v. City of New York, et al.,
24 Civ. 00910 (JGLC)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and assigned to the defense of the above referenced matter. Defendant City writes to respectfully request the Court to adjourn the conference currently scheduled for May 20, 2025, at 3:00PM due to a scheduling conflict. This is the first request of its kind and is made with the consent of Plaintiff's counsel, Sara Wolkensdorfer, Esq.

For the convenience of the Court, the parties have conferred and determined that they are available on May 20th from 9:00AM until 2:00PM, May 23rd from 9:00AM until 2:00PM, May 27th at any time, or on another day and time that is more suitable for the Court.

The City thanks the Court for its time and consideration herein.

Cc: **VIA ECF**
*Attorneys for Plaintiff*
Robert Rickner, Esq.
Sara Wolfensdorfer, Esq.

Respectfully submitted,

/s/

Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation

Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for May 20, 2025 at 3:00 p.m., is RESCHEDULED for May 27, 2025 at 4:30 p.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 19, 2025
New York, New York

1