



**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2657
jzangril@law.nyc.gov

May 23, 2025

**By ECF**
Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

      Re:    Saunders v. City of New York, et al.,
                  24 Civ. 00910 (JGLC)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and assigned to the defense of the above referenced matter. Defendant City writes on behalf of the parties to respectfully request the Court to adjourn the conference currently scheduled for May 27, 2025 at 4:30PM. This is the second request to adjourn the instant conference.

      The reason for this request is that since the previous application, the parties have made significant progress towards resolving this matter. The parties make this application in an effort to conserve time and resources. Should the parties be unable to resolve the matter, they will be prepared to address the motion before the Court, at a later date.

      For the convenience of the Court, the parties have conferred and determined that they are available on June 9th from 9:00AM until 12:00PM, all day on June 11th and 12th, and from 9:00AM until 12:00PM, June 13th at any time, or on another day and time that is more suitable for the Court.

      The parties thank the Court for its time and consideration herein.

Respectfully submitted,

/s/

Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation

1

Cc: **VIA ECF**
*Attorneys for Plaintiff*
Robert Rickner, Esq.
Sara Wolfensdorfer, Esq.

Application GRANTED. IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for May 27, 2025 at 4:30 p.m., is is RESCHEDULED for June 24, 2025 at 4:00 p.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 27, 2025
        New York, New York

2